UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ERNEST DICKERSON,<br><br>                    Plaintiff,<br><br>      v.<br><br>SERGEANT CARPENTER,<br><br>                    Defendant. | Case No.  C06-5421RBL<br><br>ORDER DISMISSING COMPLAINT , WITH DISMISSAL COUNTING AS A STRIKE PURSUANT TO 28 U.S.C. 1915 (g) |

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITH PREJUDICE.**

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.  **This dismissal counts as a strike pursuant to 28 U. S. C. 1915 (g)**.

DATED this 6th day of April, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE