# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES ERNEST DICKERSON,
        Plaintiff,

v.

SERGEANT CARPENTER

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5421RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

This action is DISMISSED WITH PREJUDICE.

This dismissal counts as a strike pursuant to 28 U.S.C.1915 (g).

April 10, 2007                                 BRUCE RIFKIN
                                                                    Clerk

                                                         /s/ Pat LeFrois
                                                           Deputy Clerk